**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | |
|---|---|
| **WILLIE JENKINS, on behalf of himself and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**RADISSON HOTELS INTERNATIONAL, INC., a Delaware Corporation, and ENCORE ENTERPRISES, INC., and PINEAPPLE MANAGEMENT SERVICES, INC., and JOSEPH GAVLIN, individually, and RICHARD K. MARKHAM, individually,**<br><br>**Defendants.** | **Case No.: 2:10-cv-02236-dkv**<br>**JURY DEMANDED** |

---

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE

---

COME NOW Willie Jenkins, on behalf of himself and all others similarly situated (collectively referred to as "Plaintiff") and Radisson Hotels International, Inc., Encore Enterprises, Inc., Pineapple Management Services, Inc., Joseph Galvan and Richard K. Markham (collectively referred to as "Defendants"), and submit their Joint Motion for Approval of Settlement stating as follows:

1. On April 5, 2010, Plaintiff filed a Complaint [DE-1] against Defendants claiming unpaid overtime and misclassification under Section 216(b) of the Fair Labor Standards Act. Mr. Jenkins remains the only member of the collective action.

2. On May 26, 2010, the parties entered into a Confidential Separation Agreement

and Release of All Claims ("Settlement Agreement") which is contingent upon this Court's approval. The parties have submitted the Settlement Agreement to the Court with a proposed order to keep the terms of the Settlement Agreement confidential.

3. The parties agree that the terms of the Settlement Agreement constitute a fair and reasonable way to resolve the pending litigation.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants respectfully request the Settlement Agreement be approved. Plaintiff and Defendants further request that this case be dismissed with prejudice.

Respectfully submitted this the 1st day of June, 2010.

**Jackson, Shields, Yeiser & Holt**

/s/ William A. Wooten
Timothy A. Perkins (TN Bar No. 024657)
William A. Wooten (TN Bar No. 026674)
262 German Oak Drive
Memphis, TN 38108
Telephone: (901) 754-8001
Fax: (901) 759-1745
*Attorneys for Plaintiffs*

**Butler, Snow, O'Mara, Stevens & Cannada, PLLC**

/s/ Graham W. Askew
Todd P. Photopulos (TN Bar No. 18846)
Effie V. Bean Cozart (TN Bar No. 22017)
Graham W. Askew (TN Bar No. 026180)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Fax: (901) 680-7201
*Attorneys for Defendants*