**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | | |
|---|---|---|
| **WILLIE JENKINS, on behalf of himself and all others similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **vs.** | ) | **Case No.: 2:10-cv-02236-dkv** |
| | ) | **JURY DEMANDED** |
| **RADISSON HOTELS INTERNATIONAL, INC., a Delaware Corporation, and ENCORE ENTERPRISES, INC., and PINEAPPLE MANAGEMENT SERVICES, INC., and JOSEPH GAVLIN, individually, and RICHARD K. MARKHAM, individually,** | ) | |
| **Defendants.** | ) | |

---

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF CASE WITH PREJUDICE**

---

Pursuant to the notification of the Court by the parties that this matter has been fully settled, it is hereby ORDERED that all of Plaintiff's claims are dismissed in their entirety with prejudice. The Confidential Separation Agreement and Release of All Claims, which was proposed and agreed to by the parties, is APPROVED as required by the Fair Labor Standards Act. Each party shall bear its own costs in this matter.

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Date: June 2, 2010

Agreed to by:

**Jackson, Shields, Yeiser & Holt**

/s/ William A. Wooten
Timothy A. Perkins (TN Bar No. 024657)
William A. Wooten (TN Bar No. 026674)
262 German Oak Drive
Memphis, TN 38108
Telephone: (901) 754-8001
Fax: (901) 759-1745
*Attorneys for Plaintiff*

**Butler, Snow, O'Mara, Stevens & Cannada, PLLC**

/s/ Graham W. Askew
Todd P. Photopulos (TN Bar No. 18846)
Effie V. Bean Cozart (TN Bar No. 22017)
Graham W. Askew (TN Bar No. 026180)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Fax: (901) 680-7201
*Attorneys for Defendant*