***UNITED STATES DISTRICT COURT***

# ***WESTERN DISTRICT OF TENNESSEE***
## ***WESTERN DIVISION***

---

***WILLIE JENKINS, on behalf of himself and all others similarly situated,***

***PLAINTIFF*** ***JUDGMENT IN A CIVIL CASE***

***VS***

***RADISSON HOTELS INTERNATIONAL, INC., et al***

***CASE NO: 10-2236-V***

***DEFENDANTS***

---

***DECISION BY COURT. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.***

***IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Granting Joint Motion For Approval Of Settlement And Dismissal Of Case With Prejudice entered on June 2, 2010, all of plaintiff's claims are dismissed in their entirety with prejudice. Each party shall bear its own costs in this matter.***

***APPROVED:***

***s/Diane K. Vescovo***
***DIANE K. VESCOVO***
***UNITED STATES MAGISTRATE JUDGE***

***June 2, 2010*** ***Thomas M. Gould***
***Date*** ***Clerk of Court***

***s/Betty Guy***
***(By) Deputy Clerk***